IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01678-BNB

DON ALTON HARPER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
F.C.I. ENGLEWOOD'S HEALTH ADMIN., and
BUREAU PF [sic] PRISONS,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 5 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion titled "On Motion By Leave of This Honorable Court Requesting that Chief Judge Order That the Cases Be Consolidated and Jointly Tried on Issue of Liability and That Questions of Damages Be Tried By [sic] Together" filed on September 21, 2007, and seeking to consolidate the instant action with *Harper v. Federal Prison Industries, Inc.*, No. 07-cv-00750-REB-BNB (filed Apr. 13, 2007), is DENIED as premature.

Dated: September 25, 2007

Copies of this Minute Order mailed on September 25, 2007, to the following:

Don Alton Harper
Reg. No. 24496-013
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

                                                    Secretary/Deputy Clerk