IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01678-BNB

DON ALTON HARPER,

    Plaintiff,

v.

MARK IPPOLITO, Health Service Admin.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2007

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff, Don Alton Harper, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. He has submitted to the Court *pro se* an amended Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On August 27, 2007, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Harper to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $21.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The August 27 order warned Mr. Harper that if he failed by the designated deadline to have the $21.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Harper has failed within the time allowed to pay the $21.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $21.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 3 day of Oct. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01678-BNB

Don Alton Harper
Reg. No. 24496-013
FCI – Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/4/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk